# FILED

08/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0596

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Case No. DA 21-0596

THE STATE OF MONTANA, and MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,

      Plaintiffs/Appellees,

v.

AVISTA CORPORATION, a Washington Corporation

      Defendant/Appellant

On Appeal from the Montana First Judicial District Court,
Lewis and Clark County
Cause No. ADV-2004-846
Honorable Mike Menahan

## ORDER

Upon consideration of Appellees', State of Montana and Montana Department of Natural Resources and Conservation's, motion for an extension of time, made pursuant to M.R.App.P., Rule 26, and good cause appearing,

IT IS HEREBY ORDERED that the parties are granted an extension from the current deadline of August 29, 2022, within which to file simultaneous supplemental briefs addressing the question whether the issues Avista raises on appeal present a justiciable controversy. The parties' simultaneous supplemental briefs are now due on or before September 12, 2022.

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
August 9 2022